Matter of Comisky (2025 NY Slip Op 03625)

Matter of Comisky

2025 NY Slip Op 03625

Decided on June 12, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:June 12, 2025

PM-134-25
[*1]In the Matter of Hope Ann Comisky, an Attorney. (Attorney Registration No. 2576544.)

Calendar Date:June 9, 2025

Before:Garry, P.J., Egan Jr., Pritzker, Ceresia and Mackey, JJ.

Hope Ann Comisky, Philadelphia, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Hope Ann Comisky was admitted to practice by this Court in 1993 and lists a business address in Philadelphia, Pennsylvania with the Office of Court Administration. Comisky now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Comisky's application.
Upon reading Comisky's affidavit sworn to April 15, 2025 and filed April 22, 2025, and upon reading the June 3, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Comisky is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Egan Jr., Pritzker, Ceresia and Mackey, JJ., concur.
ORDERED that Hope Ann Comisky's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Hope Ann Comisky's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Hope Ann Comisky is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Comisky is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Hope Ann Comisky shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.